```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
TIME INC., SYNAPSE GROUP, INC., and    :
SYNAPSECONNECT, INC.,
                                       :
          Plaintiffs,
                                       :    CIVIL ACTION NO.: 18-CV-06835 (KPF)
     v.                                :

MUTUAL INSURANCE COMPANY               :
LIMITED,
                                       :
          Defendant.
------------------------------------ X
```

**ORDER**

Having considered the Joint Motion filed by the parties, pursuant to Federal Rule of Evidence 502(d), it is hereby ordered that Plaintiffs' production of unredacted or partially unredacted defense counsel reports, analyses, invoices, or other correspondence to Defendant for the purpose of assessing Defendant's coverage defenses, including, without limitation, its defense based on allocation, and for reviewing the defense costs incurred by Plaintiffs in the Underlying Cases[1] does not constitute a waiver of attorney-client privilege or work product protection with respect to this proceeding, or any other proceeding.

SO ORDERED.

Dated:   November 12, 2019
         New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge

---

[1] The term "Underlying Cases" refers to the lawsuits styled *Shannon Dale Price & Cheryl Edgemon, et al. v. Synapse Group, Inc., et al.*, Case No. 3:16-cv-01524-BAS-BLM, filed in the United States District Court for the Southern District of California, and *Cathie Cruz, et al. v. Synapse Group, Inc., et al.*, Case No. 37-2018-32240-CU-MC-CTL, filed in the Superior Court of the State of California, County of San Diego.