```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIME, INC., SYNAPSE GROUP, INC., and SYNAPSECONNECT, INC.,

          Plaintiffs,

-against-

MUTUAL INSURANCE COMPANY LIMITED,

          Defendant.

1:18-cv-06835 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of letters from the parties, dated May 6, 2020, requesting leave to file simultaneous motions for summary judgment. This request is GRANTED. Accordingly, IT IS HEREBY ORDERED that the parties shall coordinate their Rule 56.1 Statements as required by this Court's Individual Rules of Practice in Civil Cases. IT IS FURTHER ORDERED that the parties shall file their contemplated motions for summary judgment by June 8, 2020. Responses are due by July 8, 2020, and replies are due by July 29, 2020.

**SO ORDERED.**

Date: May 21, 2020
      New York, NY

                             **MARY KAY VYSKOCIL**
                             **United States District Judge**