UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIME, INC., SYNAPSE GROUP, INC., and SYNAPSECONNECT, INC.,

              Plaintiffs,

-against-

MUTUAL INSURANCE COMPANY LIMITED,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022

1:18-cv-06835 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the stay of this case is lifted. The parties' motions for summary judgment [ECF Nos. 63, 66] are under consideration.

**SO ORDERED.**

Date:  December 14, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**