**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TIME INC., SYNAPSE GROUP, INC., and
SYNAPSECONNECT, INC.,

                      Plaintiff,

        -against-                                  18 **CIVIL** 6835 (MKV)

                                                        **JUDGMENT**

MUTUAL INSURANCE COMPANY
LIMITED,

                    Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 31, 2023, Mutual's motion for summary

judgment is GRANTED, and Time's motion for partial summary judgment is DENIED;

accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                            **RUBY J. KRAJICK**

                                    _____
                                          **Clerk of Court**

                          **BY:**      K. Mango

                                          _____
                                          **Deputy Clerk**